UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Juan Solis-Diaz,

    Plaintiff

v.

Las Vegas Metropolitan Police Department and Officer S. Tompkins,

    Defendants

Case No.: 2:12-cv-00619-JAD-GWF

**Order Staying Action Pending Appeal**

    This civil-rights action arises out of a shooting that occurred in plaintiff Juan Solis-Diaz's driveway on April 22, 2010. In June 2014, I granted summary judgment in favor of the defendants on all but the plaintiff's § 1983 excessive-force claim and the defendants' qualified-immunity defense.[1] Defendants immediately appealed the qualified-immunity issue to the Ninth Circuit Court of Appeals, and that appeal remains pending.[2] In a September 2015, status report, the parties advised me that all briefing has been completed and the parties are still awaiting a decision.[3] They ask that this case be stayed until the appeal has been resolved by the appellate court.[4]

    Good cause appearing, IT IS HEREBY ORDERED that **this case is STAYED in all respects** pending the resolution of the interlocutory appeal (Case No. 14-16402) by the Ninth Circuit Court of Appeals.

    DATED January 19, 2016

                                                        Jennifer A. Dorsey
                                                      United States District Judge

---

[1] ECF 29 (transcript).

[2] ECF 30. Case No. 14-16402.

[3] ECF 34.

[4] *Id*.; ECF 35.