UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN SOLIS-DIAZ,<br><br>    Plaintiff(s),<br><br>vs<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | 2:12-cv-00619-JAD-GWF<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **January 24, 2017** for a jury trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 9th day of August, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE