**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorney for Defendant Ofc. Tompkins

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JUAN SOLIS-DIAZ, individually, | Case Number: |
|---|---|
| Plaintiff, | 2:12-cv-619-JAD-GWF |
| vs. | **STIPULATION AND ORDER REGARDING EVIDENTIARY ISSUES** |
| OFFICER S. TOMPKINS, employee of the Las Vegas Metropolitan Police Department in his official capacity and in his individual capacity; and DOES 1-10 inclusive, | |
| Defendants | |

Defendant Officer Scott Tompkins, by and through his attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, and Plaintiff Juan Solis-Diaz, by and through his attorney of record, Kirk T. Kennedy, Esq., hereby stipulate as to the following evidentiary issue:

1.    In June 2011, plaintiff was acquitted of all criminal charges related to the incident giving rise to this 42 U.S.C. §1983 litigation.

2.    At the criminal trial, percipient witnesses Latoya Toalepai and Phillip Redmond testified as eye witnesses to the event.

3.    At the criminal trial, Kirk Kennedy, Esq., plaintiff's civil counsel, personally cross-examined both witnesses.

MAC:05166-900 2968826_1 12/21/2016 1:52 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

4.     The parties agree that both witnesses are unavailable to testify at trial. Defendant has unsuccessfully attempted to serve both witnesses and obtain their current addresses.

5.     The parties stipulate and agree that pursuant to Rule 804(b)(1) of the Federal Rules of Evidence, the criminal trial testimony of both witnesses is admissible and can be read/used at the civil trial.

6.     The parties agree that both Toalepai's and Redmond's criminal trial testimony will be read in its entirety to the jury.

IT IS SO STIPULATED this 21st day of December, 2016.

MARQUIS AURBACH COFFING                KIRK T. KENNEDY

By:   s/Craig R. Anderson                      By:   s/Kirk T. Kennedy
Craig R. Anderson, Esq.                        Kirk T. Kennedy, Esq.
Nevada Bar No. 6882                            Nevada Bar No. 5032
10001 Park Run Drive                           815 South Casino Center Blvd.
Las Vegas, Nevada 89145                        Las Vegas, Nevada 89101
Attorney for Defendant Ofc. Tompkins           Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED this 10th day of December, 2016.    January 7

_____
United States District Court Judge

MAC:05166-900 2968826_1 12/21/2016 1:52 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816