KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN SOLIS-DIAZ,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,<br><br>          Defendants. | 2:12-cv-00619-JAD-GWF |

### STIPULATION REGARDING ADMISSION OF EVIDENCE

IT IS HEREBY STIPULATED AND AGREED by and between, the Plaintiff, JUAN SOLIS-DIAZ, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND OFFICER SCOTT TOMPKINS, by and through their undersigned counsel, CRAIG R. ANDERSON, ESQ., that the following stipulation will govern the admission of certain evidence at trial:

1. All records and billing incurred and related to the Sunrise Hospital treatment for Plaintiff is admitted and may be used by either party for any purpose, this includes the records and billing from the following: Medic West Ambulance, Valley Anes Cons Beckett, Lab Medicine Consultants, Sunrise Hospital and Medical Center, Desert Surgical Associates, University Medical Center, Anesthesiology Consultants, Inc., Nevada Orthopedic & Spine Center, Dr Arthur Taylor, Radiology Specialists, Ltd., David A. Silverberg, M.D., Redrock Medical Center and Dr. Kim Kitae.

2. The parties agree that the Plaintiff's medical treatment at Sunrise Hospital was reasonable, necessary and appropriate.

1

3. The parties agree to the admission of the records and billing related to Plaintiff's right hand nerve treatment with Dr. Maria Stella Gaerlan, and that her treatment was reasonable, necessary and appropriate.

4. The parties agree that the Plaintiff will make no damage claim for the necessity of future medical treatment from his injuries in this matter, however the Plaintiff may present evidence that the did suffer related and ongoing pain and suffering arising from the underlying injuries after his medical treatment.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 8910
(702) 385-5534
Attorney for Plaintiff

Dated: 1/9/17

/s/Craig R. Anderson
CRAIG R. ANDERSON, ESQ.
Nevada Bar No: 6882
Marquis Aurbach & Coffing
10001 Park Run Drive
Las Vegas, NV 89145
(702) 942-2136
Attorney for Defendants

Dated: 1/9/17

## ORDER

IT IS SO ORDERED.

Dated this 10th day of January, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE