# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

JUAN SOLIS-DIAZ

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

OFFICER S. TOMPKINS

Case Number: 2:12-CV-00619-JAD-GWF

Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Officer S. Tompkins and against Juan Solis-Diaz

2/2/2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Danielle Cacciabaudo

(By) Deputy Clerk